FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT   MAY 24 2016

FOR THE DISTRICT OF NEW MEXICO

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 16-2370 MCA |
| ) | |
| vs. ) | Counts 1 and 3: 18 U.S.C. §§ 1152 and |
| ) | 2241(c) and 2246(2)(D): Aggravated |
| **WILLIAM DETWILER,** ) | Sexual Abuse; |
| ) | |
| Defendant. ) | Counts 2 and 4: 18 U.S.C. §§ 1152, |
| ) | 1201(a)(2) and 1201(g): Kidnapping of a |
| ) | Minor. |

INDICTMENT

The Grand Jury charges:

Count 1

On or between November 1, 2013 and November 30, 2013, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **WILLIAM DETWILER**, a non-Indian, did unlawfully and knowingly engaged in and attempted to engage in a sexual act with John Doe, an Indian, a minor who had attained the age of twelve (12), but had not yet attained the age of sixteen (16) years, and the sexual act consisted of the intentional touching, not through the clothing, of the genitalia of John Doe by defendant's hand with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1152 and 2241(c), and 2246(2)(D).

Count 2

On or between November 1, 2013 and November 30, 2013, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **WILLIAM DETWILER**, a non-Indian, who had obtained the age of eighteen (18) years, did unlawfully, knowingly and willfully kidnap and attempted to kidnap, abduct, seize, confine, inveigle, and carry away John

Doe, an Indian, who had not then attained the age of eighteen (18) years, for some purpose or benefit.

In violation of 18 U.S.C. §§ 1152 and 1201(a)(2) and 1201(g).

### Count 3

On or between November 1, 2013 and June 30, 2014, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **WILLIAM DETWILER**, a non-Indian, did unlawfully and knowingly engaged in and attempted to engage in a sexual act with John Doe, an Indian, a minor who had attained the age of twelve (12), but had not yet attained the age of sixteen (16) years, and the sexual act consisted of the intentional touching, not through the clothing, of the genitalia of John Doe by defendant's hand with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1152 and 2241(c), and 2246(2)(D).

### Count 4

On or between November 1, 2013 and June 30, 2014, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **WILLIAM DETWILER**, a non-Indian, who had obtained the age of eighteen (18) years, did unlawfully, knowingly and willfully kidnap and attempted to kidnap, abduct, seize, confine, inveigle, and carry away John Doe, an Indian, who had not then attained the age of eighteen (18) years, for some purpose or benefit.

In violation of 18 U.S.C. §§ 1152 and 1201(a)(2) and 1201(g).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
5/18/2016 9:17 AM

2