**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**ALBUQUERQUE**

Before the Honorable Laura Fashing

United States Magistrate Judge

Clerk's Minutes – Initial Appearance

| | | | | |
|---|---|---|---|---|
| Date: | 6/1/2016 | Case Number: | CR 16-2370 MCA | |
| Case Title: USA v. | William Detwiler | Liberty: | Gila @ | 10:57 |
| Courtroom Clerk: | N. Maestas | Total Time: | 5 minutes | |
| Probation/Pretrial: | Sandra Avila-Toledo | Interpreter: | n/a | |

ATTORNEYS PRESENT:

| | | | |
|---|---|---|---|
| Plaintiff: | Eva Fontanez | Defendant: | Pro Se |

PROCEEDINGS:

- ☐ Defendant Sworn
- ☒ Defendant received copy of charging document
- ☒ Defendant advised of rights and penalties
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain
- ☒ Defendant remanded to the custody of the United States Marshal's Service
- ☒ Arraignment/Detention  Gila  6/2/2016  @ 9:30 a.m.
- ☐ Other: